ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, BOUAVONE KEOMOUNEPANE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>BOUAVONE KEOMOUNEPANE,<br><br>    Defendant. | CASE NO. 1:07-CR-00268 AWI<br><br>**APPLICATION FOR ORDER EXONERATING BOND AND FOR RECONVEYANCE OF REAL PROPERTY AND ORDER THEREON** |

Defendant BOUAVONE KEOMOUNEPANE, by and through her counsel of record, ROGER K. LITMAN, hereby moves this court for an order exonerating the property bond posted to secure Mr. Keomounepane's release from custody and for reconveyance of real property in the above-captioned case.

The magistrate court ordered Ms. Keomounepane's release from custody under conditions of Pretrial Services supervision on a $50,000 property bond. Real property owned by BOUAGUEN AND KHONG KEOMOUNEPANE, was posted as collateral for the property bond. On October 19, 2007, a certified copy of the deed of trust (Fresno County document #2007-6405), and promissory note in the amount of $50,000, were received by the court.

On February 28, 2011, Ms. Keomounepane was sentenced to a total term of twelve months and a day, and self surrendered into the custody of the U.S. Marshal's Service.

Since Ms. Keomunepane has been sentenced, and the Judgment against Ms.

1

Keomounepane in this action filed on March 10, 2011, she requests that the court exonerate the bond previously set by the magistrate court and reconvey title to the real property securing said bond.

DATED: April 17, 2012

          Respectfully submitted,

/s/ Roger K. Litman
ROGER K. LITMAN
Attorney for Defendant
BOUAVONE KEOMOUNEPANE

**ORDER**

IT IS HEREBY ORDERED that the bond in the above-captioned case be exonerated and title to the real property (Parcel #: 045-102-051) securing said bond be reconveyed to
BOUAGUEN KEOMOUNEPANE AND KHONG KEOMOUNEPANE.

**ORDER**

IT IS SO ORDERED.

Dated: April 18, 2012

          CHIEF UNITED STATES DISTRICT JUDGE